# EXHIBIT 2

**Int. Cl.: 16**

**Prior U.S. Cls.: 37 and 38**

**Reg. No. 1,306,972**
**Registered Nov. 27, 1984**

## United States Patent and Trademark Office

### TRADEMARK
**Principal Register**

IRON MAIDEN

Iron Maiden Holdings Limited (United Kingdom corporation)
22 Danbury St.
London, England N1 8JU

For: INCLUSION ON PAPER OR CARDBOARD PRODUCTS—NAMELY, POSTERS, SOUVENIR CONCERT PROGRAMS, STICKERS, CALENDARS, PHOTOGRAPHS AND DECALS, in CLASS 16 (U.S. Cls. 37 and 38).

First use Apr. 11, 1980; in commerce Jul. 11, 1980.

Ser. No. 433,241, filed Jul. 5, 1983.

RONALD R. SUSSMAN, Examining Attorney

Int. Cl.: 25

Prior U.S. Cls.: 39 and 40

United States Patent and Trademark Office

Reg. No. 1,307,146
Registered Nov. 27, 1984

## TRADEMARK
Principal Register



Iron Maiden Holdings Limited (United Kingdom corporation)
22 Danbury St.
London, England N1 8JU

For: CLOTHING—NAMELY, T-SHIRTS, JERSEYS, SWEAT-SHIRTS, HATS, JACKETS AND LEATHER WRIST BANDS, in CLASS 25 (U.S. Cls. 39 and 40).

First use Apr. 11, 1980; in commerce Jul. 11, 1980.

Ser. No. 433,367, filed Jul. 5, 1983.

RONALD R. SUSSMAN, Examining Attorney



# UNITED STATES OF AMERICA
### United States Patent and Trademark Office

# IRON MAIDEN

**Reg. No. 3,840,031**
**Registered Aug. 31, 2010**
**Int. Cls.: 9, 14, 16, 18, 21, 24, 25, 26, 28, 35 and 41**

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**

IRON MAIDEN HOLDINGS LIMITED (UNITED KINGDOM CORPORATION)
BRIDLE HOUSE 36 BRIDLE LANE
LONDON W1F 9BZ, UNITED KINGDOM

FOR: MUSICAL SOUND RECORDINGS; MUSICAL VIDEO AND AUDIO RECORDINGS; DIGITAL MUSIC DOWNLOADABLE FROM THE INTERNET, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 0-0-1980; IN COMMERCE 0-0-1980.

FOR: JEWELRY; WATCHES; RINGS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 0-0-1980; IN COMMERCE 0-0-1982.

FOR: POSTERS; SOUVENIR CONCERT PROGRAMS; TOUR BOOKS RELATING TO MUSICAL PERFORMANCES; STICKERS; CALENDARS; PHOTOGRAPHS; DECALS; NOTEBOOKS; PENS; WRAPPING PAPER; BINDERS , IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 4-11-1980; IN COMMERCE 7-11-1980.

FOR: BACKPACKS; HANDBAGS; WALLETS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 0-0-1985; IN COMMERCE 0-0-1985.

FOR: BEVERAGE WARE; BOTTLE OPENERS; PORTABLE BEVERAGE COOLERS; BARWARE, NAMELY, GOBLETS, TANKARDS; COASTERS NOT OF PAPER AND NOT BEING TABLE LINEN; CANDLE HOLDERS; CANDLESTICKS; FLASKS; MUGS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 0-0-1983; IN COMMERCE 0-0-1983.

FOR: BANNERS AND FLAGS OF TEXTILE, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 0-0-1982; IN COMMERCE 0-0-1982.

FOR: CLOTHING, NAMELY, T-SHIRTS, TANK TOPS, LONG SLEEVE SHIRTS, SHORTS, JERSEYS, SWEATSHIRTS, SWEATPANTS, PANTS, JACKETS; HATS; LEATHER WRIST BANDS; SCARVES; SHOES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4-11-1980; IN COMMERCE 7-11-1980.

Director of the United States Patent and Trademark Office

**Reg. No. 3,840,031** FOR: ORNAMENTAL NOVELTY PINS; CLOTH PATCHES FOR CLOTHING; SHOELACES; BELT BUCKLES, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

FIRST USE 0-0-1981; IN COMMERCE 0-0-1981.

FOR: TOY PLANES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 0-0-2008; IN COMMERCE 0-0-2008.

FOR: ON-LINE ORDERING IN THE FIELD OF A VARIETY OF MERCHANDISE, NAMELY, COMPACT DISCS, DVDS, VIDEO CASSETTES, CLOTHING, SHOES, HOUSE WARES, POSTERS, DOWNLOADABLE RINGTONES, CANVAS PRINTS; PROVIDING A WEB SITE FEATURING SALES INFORMATION REGARDING A WIDE VARIETY OF MERCHANDISE, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 0-0-2003; IN COMMERCE 0-0-2003.

FOR: ENTERTAINMENT SERVICES, NAMELY, LIVE MUSICAL ENTERTAINMENT PERFORMANCES RENDERED BY A VOCAL AND INSTRUMENTAL GROUP; PROVIDING A WEB SITE FEATURING INFORMATION RELATING TO LIVE PERFORMANCES; PROVIDING A WEB SITE FEATURING NON-DOWNLOADABLE MUSICAL RECORDINGS AND VIDEO RECORDINGS FEATURING MUSICAL PERFORMANCES AND ENTERTAINMENT CONTENT OF THE MUSIC PERFORMERS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 4-11-1980; IN COMMERCE 7-11-1980.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,306,972, 1,307,146, AND 1,308,370.

SER. NO. 77-787,755, FILED 7-23-2009.

LINDA E. BLOHM, EXAMINING ATTORNEY





**Reg. No. 6,578,950**

**Registered Dec. 07, 2021**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Iron Maiden Holdings Limited (UNITED KINGDOM limited company (ltd.) )
Bridle House
36 Bridle Lane
London, UNITED KINGDOM W1F9BZ

CLASS 25: Clothing, namely, shirts and pants; footwear; headgear, namely, hats; jackets; anoraks; trousers; skirts; shirts; T-shirts; sweatshirts; polo shirts; blouses; knitted articles of clothing and articles of clothing made from knitted materials, namely, sweaters; articles of sports clothing, namely, shirts; scarves; jeans; ties as clothing; hats; caps being headwear; baseball caps

The color(s) red, white and black is/are claimed as a feature of the mark.

PRIORITY CLAIMED UNDER SEC. 44(D) ON EUROPEAN UNION APPLICATION NO. 018140635, FILED 10-18-2019, REG. NO. 018140635, DATED 04-29-2021, EXPIRES 10-18-2029

The mark consists of the stylized word "TROOPER" in red, with white and black outlining.

SER. NO. 88-978,478, FILED 10-19-2019





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.



# IRON MAIDEN

| | |
|---|---|
| **Reg. No. 4,848,431** | IRON MAIDEN HOLDINGS LIMITED (UNITED KINGDOM LIMITED COMPANY) |
| **Registered Nov. 10, 2015** | BRIDLE HOUSE<br>36 BRIDLE LANE LONDON W1F 9BZ<br>UNITED KINGDOM |
| **Int. Cls.: 32 and 33** | FOR: BEERS; FRUIT BEVERAGES AND FRUIT JUICES, IN CLASS 32 (U.S. CLS. 45, 46 AND 48). |
| **TRADEMARK** | |
| **PRINCIPAL REGISTER** | FOR: ALCOHOLIC BEVERAGES EXCEPT BEERS AND WINE, IN CLASS 33 (U.S. CLS. 47 AND 49). |

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 3-13-2014 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1219616 DATED 8-13-2014, EXPIRES 8-13-2024.

OWNER OF U.S. REG. NOS. 1,306,972, 1,308,370 AND OTHERS.

SER. NO. 79-153,500, FILED 8-13-2014.

HEATHER SAPP, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

    *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

    *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
*See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

    You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

*****ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.

Case: 1:24-cv-02236 Document #: 1-1 Filed: 03/19/24 Page 10 of 15 PageID #:28





**Reg. No. 6,624,387**

**Registered Jan. 25, 2022**

**Int. Cl.: 32**

**Trademark**

**Principal Register**

Iron Maiden Holdings Limited (UNITED KINGDOM PRIVATE LIMITED COMPANY)
Bridle House,
36 Bridle Lane, London W1F 9BZ
UNITED KINGDOM

CLASS 32: Beer

The color(s) red, white and black is/are claimed as a feature of the mark.

The mark consists of the red wording "IRON MAIDEN" with a white border and black outline. The remaining white represents background and does not form part of the mark.

PRIORITY DATE OF 08-14-2020 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1578738 DATED 01-07-2021, EXPIRES 01-07-2031

SER. NO. 79-305,629, FILED 01-07-2021







Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.



# IRON MAIDEN

**Reg. No. 5,842,969**

**Registered Aug. 27, 2019**

**Int. Cl.: 9, 41**

**Service Mark**

**Trademark**

**Principal Register**

Iron Maiden Holdings Limited (UNITED KINGDOM limited company (ltd.) )
Bridle House
36 Bridle Lane
London, UNITED KINGDOM W1F9BZ

CLASS 9: Downloadable computer game software via a global computer network and wireless devices; downloadable computer game software; recorded computer game software

FIRST USE 00-00-1999; IN COMMERCE 00-00-1999

CLASS 41: Entertainment services, namely, providing online computer games

FIRST USE 8-00-2015; IN COMMERCE 8-00-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-188,482, FILED 11-09-2018



Director of the United States
Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# EDDIE

**Reg. No. 7,117,485**
**Registered Jul. 25, 2023**
**Int. Cl.: 9, 16, 25, 41**
**Service Mark**
**Trademark**
**Principal Register**

Iron Maiden Holdings Limited (UNITED KINGDOM limited company (ltd.) )
Bridle House; 36 Bridle Lane
London, UNITED KINGDOM W1F9BZ

CLASS 9: Downloadable computer game software via a global computer network and wireless devices; downloadable computer game software; recorded computer game software; downloadable films and movies featuring animation; downloadable animated cartoons in the nature of comic strips, featuring animated characters

CLASS 16: Comics; comic books; magazines featuring animation

CLASS 25: Clothing, namely, sweaters, hoodies; headwear, namely, beanies, baseball caps; jackets, anoraks, trousers, skirts, shirts, T-shirts, sweatshirts, polo shirts, blouses; knitted articles of clothing and articles of clothing made from knitted materials, namely, sweaters, scarves; all of the foregoing consisting of promotional goods for musical performances by a rock group

CLASS 41: Entertainment services, namely, providing online computer games; entertainment services, namely, providing non-downloadable online animated films via a streaming video service

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY CLAIMED UNDER SEC. 44(D) ON UNITED KINGDOM APPLICATION NO. 3412980, FILED 07-10-2019, REG. NO. 3412980, DATED 11-15-2019, EXPIRES 07-10-2029

SER. NO. 88-512,965, FILED 07-13-2019

*Katherine Kelly Vidal*

**Director of the United States Patent and Trademark Office**



**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.